UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WACHOVIA SECURITIES, LLC, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GREGORY L. RAIFMAN, et al.,<br><br>         Defendants. | Case No:  C 10-4573 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

On October 8, 2010, Plaintiffs filed an Ex Parte Motion for Temporary Restraining Order, seeking an order enjoining Defendants from pursuing their arbitration claims against Plaintiffs.

IT IS HEREBY ORDERED THAT:

1. Defendants shall file an opposition brief, not to exceed ten (10) pages, by <u>12:00 p.m.</u> on October 12, 2010.

2. Plaintiffs shall file a reply brief, not to exceed five (5) pages, by <u>12:00 p.m.</u> on October 13, 2010.

3. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may take this matter under submission upon the filing of a reply brief.  The Court will notify the parties if a hearing is necessary.

IT IS SO ORDERED.

Dated: October 8, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge