1  RONALD E. WOOD, SBN 133854
   rwood@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
3  Los Angeles, CA   90067-3206
   Telephone:   310-557-2900
4  Facsimile:    310-557-2193

5  Attorneys for Plaintiffs
   Wachovia Securities, LLC
6  n/k/a Wells Fargo Advisors, LLC
   and George Gordon, III

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11  WACHOVIA SECURITIES, LLC, n/k/a       CASE NO.  10-cv-04573 SBA
    WELLS FARGO ADVISORS, LLC, and
12  GEORGE GORDON, III,
                                          **ORDER RE: WAIVER OF**
13               Plaintiffs,              **SECURITY BOND**

14       vs.

15  GREGORY L. RAIFMAN, in his
    individual capacity, SUSAN RAIFMAN,
16  in her individual capacity, GEKKO
    HOLDINGS, LLC, and HELICON
17  INVESTMENTS, LTD.,

18               Defendants.

19

20       The Court, having considered the foregoing Stipulation, and good cause

21  appearing, HEREBY ORDERS that Plaintiffs are relieved of their obligation to post

22  an injunction security bond to continue the TRO in this case.

23

24  DATED:   October 25, 2010          _/s/ Sandra B. Armstrong_____
                                        Judge of the United States District Court
25                                      Northern District of California

26

27

28

1

**[PROPOSED] ORDER RE: WAIVER OF SECURITY BOND**